# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Shawn W. McClung,

    Plaintiff

v.

Aztec Inn Casino, Ltd.,

    Defendant

2:16-cv-00382-JAD-CWH

**Order Adopting Report and Recommendation and Dismissing Case**

[ECF No. 6]

    Shawn McClung brings this civil-rights action against Aztec Inn Casino, Ltd., for alleged violations of the Americans with Disabilities Act, and he also applied to proceed *in forma pauperis*.[1] Magistrate Judge Hoffman denied McClung's application to proceed *in forma pauperis* and ordered McClung to pay the filing and administrative fees by June 16, 2017.[2] Judge Hoffman warned that if McClung failed to comply with the order, he would recommend dismissal of this case without prejudice.[3] McClung failed to comply with this order and as a result, Magistrate Judge Hoffman now recommends that this case be dismissed without prejudice.[4]

    The report and recommendation was entered June 21, 2017, making July 5, 2017, the deadline to file an objection. McClung has not filed any objection to the report and recommendation. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[5]

---

[1] ECF Nos. 1, 1-1.

[2] ECF No. 4.

[3] *Id.*

[4] ECF No. 6.

[5] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

Accordingly, with good cause appearing and no reason to delay, IT IS HEREBY ORDERED that Magistrate Judge Hoffman's report and recommendation **[ECF No. 6] is ACCEPTED and ADOPTED**; and McClung's claims are **DISMISSED**. The Clerk of Court is directed to **CLOSE THIS CASE**.

DATED July 13, 2017.

_____
Jennifer A. Dorsey
United States District Judge