✎AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF                          Nevada

Shawn Wesley McClung

**JUDGMENT IN A CIVIL CASE**

Plaintiff,

V.

Aztec Inn Casino, Ltd.                          Case Number:  2:16-cv-382-JAD-CWH

Defendant.

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and  a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

   IT IS ORDERED AND ADJUDGED

that judgment is hereby entered in favor of defendant against plaintiff pursuant to Order #7

July 13, 2017                                    /s/ Debra K. Kempi
_____          _____
Date                                             Clerk

                                                 /s/ Justin Matott
                                                 _____
                                                 (By) Deputy Clerk